**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL SANTIAGO, CURTIS
MAHAFFEY, AND CORDELL YOUNG,

    Petitioners

     v.

OFFICE OF ATTORNEY GENERAL AND
YORK COUNTY DISTRICT ATTORNEY
OFFICE,

    Respondents

: No. 143 MM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 25th day of March, 2024, the "Application for the Court to Invoke Jurisdiction Based on King's Bench" is DENIED.